# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

GENERAL CONFERENCE CORPORATION )
OF SEVENTH-DAY ADVENTISTS and )
GENERAL CONFERENCE OF )
SEVENTH-DAY )
ADVENTISTS, an Unincorporated Association,)
                                             )

       Plaintiffs, )

v. )             No. 1:06-cv-01207-JDB-egb

                                             )

WALTER McGILL, d/b/a CREATION )
SEVENTH DAY ADVENTIST CHURCH, )
*et al.*, )

       Defendants. )

RELATED CASE: )

IN RE LUCAN CHARTIER )      No. 1:11-mc-0003-JDB-egb

---

## REPORT AND RECOMMENDATION

       This referral to the Magistrate Judge is for a report and recommendation of reasonableness of the fees submitted by the attorneys for Plaintiffs [D.E. 187]. Specifically, the District Court ordered Plaintiffs to provide a list of their legal fees incurred associated with their filing of the notice of additional violations of court orders by Defendant Walter McGill, the motion to set an evidentiary show cause hearing and for appearing at that hearing [D.E. 183]. Counsel for Plaintiffs have filed properly supported documentation of these fees. Defendant McGill has made no response to this filing.

This Magistrate Court finds that these fees are reasonable, necessary and properly incurred by Plaintiffs in this matter and recommends that the District Court award the fees, totaling $38,195.75, to the Plaintiffs.

Respectfully submitted,

**<u>s/Edward G. Bryant</u>**
EDWARD G. BRYANT
UNITED STATES MAGISTRATE JUDGE

Date: **<u>May 22, 2012</u>**