# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS and GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an Unincorporated Association, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:06-cv-01207-JDB-egb |
| WALTER McGILL, d/b/a CREATION SEVENTH DAY ADVENTIST CHURCH, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## REPORT AND RECOMMENDATION

On an Amended Referral [D.E. 180], this Magistrate Judge considers the reasonableness of the fees and costs submitted by the attorneys for Plaintiffs as contained in the Declaration of Joel T. Galanter in support of his law firm's request for fees and costs [D.E. 178-1].

Specifically, the District Court ordered Plaintiffs to provide a list of their legal fees and costs which were associated with their filing of the notice of additional violations of court orders by Defendant Walter McGill, the motion to set an evidentiary show cause hearing and for appearing at that hearing [D.E. 175].

The Magistrate Judge determines that counsel for Plaintiffs has filed properly supported documentation of the related fees and costs during this period of time. Defendant McGill has made no response to this filing.

The Magistrate Judge determines that the fees and costs submitted are reasonable, necessary and properly incurred by Plaintiffs in this matter and recommends that the District Court award the fees and costs submitted totaling $33,920.93.

Respectfully Submitted,

s/Edward G. Bryant
EDWARD G. BRYANT
UNITED STATES MAGISTRATE JUDGE

Date:  **May 30, 2012**

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**