IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS and
GENERAL CONFERENCE OF SEVENTH-DAY
ADVENTISTS an Unincorporated Association,

    Plaintiffs,

v.                                                        No. 1:06-cv-01207-JDB-egb

WALTER MCGILL, d/b/a CREATION
SEVENTH DAY ADVENTIST CHURCH, et al.,

    Defendant.

RELATED CASE:

IN RE LUCAN CHARTIER                        No. 1:11-mc-00003-JDB-egb
_____

ORDER AWARDING ATTORNEY'S FEES
_____

On April 5, 2012, the Court ordered Defendant, Walter McGill, to pay the attorney's fees incurred by the Plaintiffs, General Conference of Corporation of Seventh-Day Adventists and General Conference of Seventh-Day Adventists, in connection with their filing of a notice of additional violations of court orders and motion to set an evidentiary show cause hearing, as well as for appearing in Court for the evidentiary hearing. (Docket Entry ("D.E.") No. 183.) At the Court's direction, Plaintiffs' counsel submitted an affidavit detailing those attorney's fees, which totaled $38,195.75. (D.E. No. 186.) The Court referred that affidavit to the United States Magistrate Judge for a determination of the reasonableness of the requested fees. (D.E. No. 187.) On May 22, 2012, the Magistrate Judge issued a report finding that the fees were reasonable, necessary and proper and recommending that the Court award the full amount requested by the

Plaintiffs. (D.E. No. 188).

The Court has reviewed the affidavit of Plaintiffs' counsel and the Magistrate Judge's report and recommendation. No objections having been filed, the Magistrate Judge's report and recommendation (D.E. No. 188) is ADOPTED, and McGill is ORDERED to pay $38,195.75 in attorney's fees to the Plaintiffs.

IT IS SO ORDERED this 11th day of June, 2012.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE