# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS, *et al.*,

      Plaintiffs,

v.                                                No. 1:06-cv-01207-JDB-egb

WALTER MCGILL d/b/a CREATION
SEVENTH DAY ADVENTIST CHURCH,
*et al.*,

      Defendants.

[PROPOSED] CONSOLIDATED PERMANENT INJUNCTION ORDER - REDLINED

Pending before the Court is the Plaintiff's Motion to Add Further Specifics to the Court's Permanent Injunction Entered May 28, 2009 (D.E. No. 98), As Further Defined by Order Entered January 6, 2010. (D.E. No. 112). The Court has reviewed and considered that Motion, as well as the entire record in this civil action, and is of the opinion that the Motion is well taken and should be granted. Accordingly, the revised permanent injunction in this action is as follows, and those persons, firms and entities as referenced hereinafter are ordered to fully comply with the terms hereof.

> Defendant and his agents, servants and employees, and all those persons in active concert or participation with them, are forever enjoined from using the mark SEVENTH-DAY ADVENTIST, including the use of the words SEVENTH-DAY or ADVENTIST, or the acronym SDA, either together, apart, or as part of, or in combination with any other words, phrases, acronyms or designs, or any mark similar thereto or likely to cause confusion therewith, in the sale, offering for sale, distribution, promotion, provision or advertising of any products and services, and including on the Internet, in any document name, key words, metatags, links, <u>document, file, blog, bulletin board, video, post, tweet, domain name, webpage, website, social media page, social media account, social media post,</u> and

2

any other use for the purpose of directing Internet traffic, at any locality in the United States. Subject to the foregoing, Defendant may use these terms in a non-trademark sense, such as oral or written use of the marks to refer to the Plaintiffs, or oral or written use of certain terms in a non-trademark descriptive sense, such as "this Church honors the Sabbath on the 'seventh day,'" or "the members of this church believe in the 'advent' of Christ."

~~As it pertains to all labels, signs, prints, packages, wrappers, receptacles, and advertisements bearing the SEVENTH DAY ADVENTIST mark, or bearing the words SEVENTH-DAY or ADVENTIST, or the acronym SDA, either together, apart, or as part of, or in combination with any other words, phrases, acronyms or designs, or any mark similar thereto or likely to cause confusion therewith, and all plates, molds, matrices, and other means of making the same (collectively, "Defendant's Infringing Articles"), Defendant shall either: (1) deliver Defendant's Infringing Articles to Plaintiffs' attorney within twenty (20) days after issuance of the Order, to be impounded or permanently disposed of by Plaintiffs; or (2) permanently dispose of Defendant's Infringing Articles himself within twenty (20) days of this Order, and also within twenty (20) days of this Order certify in writing and under oath that he has personally complied with this Order.~~

~~Regardless of the manner of disposal of Defendant's Infringing Articles, Defendant shall file with the Clerk of this Court and serve on Plaintiffs, within twenty (20) days after issuance of this Order, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the foregoing injunction.~~

The Court further finds that the following domain names and the websites located at such domain names violate the Injunction Order, and that all persons acting in concert with Defendant – including any website hosting companies, ~~and~~ domain name registrars, any and all service providers, domain registries, domain name registrars, domain name hosts, web servers, web hosts, blog publishing service, search engines, and social network or social media companies who receive notice of this Order – are hereby ENJOINED from using, ~~or~~ enabling, facilitating, hosting, linking to, distributing, reproducing, or making available in any other way, whether directly, contributorily, vicariously, actively or passively the use of such domain names, ~~and~~ websites, document name, key words, metatags, links, document, file, blog, bulletin board, video, post, tweet, webpage, social media page, social media account, social media post:

www.adventistry.to
www.faithofjesus.to/
www.thetrueadventistchurch.to

3

www.adventismodelacreacion.org/
www.creation7thdayadventist.to/
www.thearkofnoah.today/
www.angelfire.com/tn/csdachurch
www.angelfire.com/fl/sdaremnant/index.html
edenbrook.tripod.com/
www.blogger.com/profile/13112019061178158534
lexiconofapurefaith.blogspot.com/
sundaylawdilemmatoday.blogspot.com/
adventismoftoday.blogspot.com/
www.blogger.com/profile/14957326305922033094
adventismodelacreacion.blogspot.com/
iglesiaasdhalladafalta.blogspot.com/
juicioinvestigadordeyahshua.blogspot.com/
ladeidadbiblica.blogspot.com/
www.blogger.com/profile/11365397044184427065
lasegundaevaybabilonialagrande.blogspot.com/
libertadyopresioneneladventismo.blogspot.com/
reformasdactual.blogspot.com/
marcadventista.foro.bz/
plus.google.com/110744060513265868164/posts
creation7thdayadventists.blogspot.com/
twitter.com/CSDAChurch
plus.google.com/101624433548400358109/about
www.youtube.com/user/Adventiatria
vimeo.com/user33222441
www.scribd.com/LoudCry-FuerteClamor
www.slideshare.net/AdventismodelaCreacion/presentations
en.wikipedia.org/wiki/Creation_Seventh_Day_Adventist_Church
~~www.creationseventhdayadventistchurch.ca~~
~~www.csdadventistchurch.co.cc~~
~~www.csdachurch.co.cc/~~
~~www.csdachurch.0adz.com~~
~~www.creationsdadventistrelief.to~~
~~www.csda-adventistchurch.to~~
~~www.creationsdadventistrelief.to~~
~~www.adventistry.org~~
~~www.creationseventhdayadventist.org.rw~~
~~www.creationsdarelief.0adz.com~~
~~www.seventhdayadventistsda-v-creation7thdayadventistcsda-uslawsuit.net~~
~~www.seventhdayadventism.org~~
~~www.7thdayadventism.org/~~
~~www.whypastorwaltermcgillisnotaffiliatedwithgcsdaadventistchurch.net~~
~~www.csdachurch.wordpress.com~~
~~www.csda-korea.org~~
~~www.creationseventhdayadventistreliefprojectsint.ltd.ug~~

~~www.seventhdayadventistchurchfoundwanting.us~~
~~www.home.comcast.net/~7thdayadventist~~
~~www.home.comcast.net/~csdachurch~~
~~www.home.comcast.net/~creationsda~~
~~www.home.comcast.net/~creation-adventist~~
~~www.binaryangel.net~~
~~www.thefourthangel.net~~
~~www.home.comcast.net/~creation_sabbath~~
~~www.home.comcast.net/~barbara_lim~~
~~www.home.comcast.net/~crmin~~

The Court further holds that Plaintiffs or their agents should be and are permitted to remove and permanently dispose of Defendant's <ins>labels, signs, prints, packages, wrappers, receptacles, and advertisements bearing the SEVENTH-DAY ADVENTIST mark, or bearing the words SEVENTH-DAY or ADVENTIST, or the acronym SDA, either together, apart, or as part of, or in combination with any other words, phrases, acronyms or designs, or any mark similar thereto or likely to cause confusion therewith, and all plates, molds, matrices, and other means of making the same (collectively, "Defendant's Infringing Articles"),</ins> ~~signs and promotional materials that violate the Injunction Order~~, with the costs of such removal and disposal to be taxed to Defendant. Defendant's counsel should accompany Plaintiffs or their agent(s) during the removal of any infringing materials, and prior to the removal of any such signs or materials, Plaintiffs' counsel shall notify Defendant and any building managers, property owners, or landlords who may be affected. ~~Finally, the Court ORDERS the Defendant to pay attorneys' fees and costs to the Plaintiffs in the amount of $35,567.00.~~

IT IS SO ORDERED this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

5