IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS, *et al.*,

    Plaintiffs,

v.                                                      No. 1:06-cv-01207-JDB-egb
                                                                  1:15-mc-00009

WALTER MCGILL d/b/a CREATION
SEVENTH DAY ADVENTIST CHURCH,
*et al.*,

    Defendants.

---

ORDER GRANTING MOTION FOR EXTENSION TO
RESPOND TO OBJECTION FILED BY DAVID AGUILAR

---

      Pending before the Court is the Plaintiff's Motion for Extension of thirty (30) days in which to respond to the Objection filed by David Aguilar (D.E. 195) to Motion to Add Further Specifics to the Court's Permanent Injunction entered on May 28, 2009 as Further Defined by Order Entered June 6, 2010.  It appears to the Court from a review of the Motion and the Objection filed by David Aguilar, that good cause exists to grant the Motion.  Accordingly;

      IT IS THEREFORE ORDERED that the Plaintiff shall have through and including September 18, 2015, within which to file a response to the Objection filed by David Aguilar.

      ENTERED this 20th day of August, 2015.

                                                          **s/Edward G. Bryant**
                                                          UNITED STATES MAGISTRATE JUDGE