IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GENERAL CONFERENCE CORPORATION
OF SEVENTH-DAY ADVENTISTS, *et al.*,

    Plaintiffs,

v.                                                         No. 1:06-cv-01207-JDB-egb

WALTER MCGILL d/b/a CREATION
SEVENTH DAY ADVENTIST CHURCH, *et al.*,

    Defendants.

## ORDER

Pending before the Court is the Motion by the Plaintiffs for Leave to File a Reply Memorandum and for Taking the Deposition of Walter McGill, individually and in the d/b/a capacities on behalf of all other Defendants, including any associations current and/or past, pursuant to Fed. R. Civ. P. 30(b)(6). It appears to the Court from the statements of Counsel and Mr. McGill during the Status Conference held November 3, 2015, from a review of the record in this case, and the Plaintiffs' Motion and supporting Memorandum that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the deposition of Walter McGill, individually and in the d/b/a capacities as sued in this civil action as a representative pursuant to Fed. R. Civ. P. 30(b)(6) is hereby set by the Court and as noticed by the Plaintiffs consistent with the Status Conference proceedings held November 3, 2015, for Monday, November 9, 2015, commencing at 10:00 a.m. Central at the offices of Adams and Reese LLP, 424 Church Street, Suite 2700, Nashville, Tennessee 37219.

2

IT IS FURTHER ORDERED that the Plaintiffs be and are hereby granted leave to file and serve a reply memorandum of up to 15 pages in length within three weeks of the completion of Mr. McGill's deposition as herein set.

ENTERED this 6th day of November, 2015.

**s/Edward G. Bryant**
UNITED STATES MAGISTRATE JUDGE
